## FIRST DEPARTMENT, JULY, 1938.
### (July 1, 1938.)

In the Matter of SAMUEL MANESS, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of MATHIEU M. PROUJAN (Admitted as MATHIEU MAURICE PROUJANSKY), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOSEPH H. VICINO for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

B. C. SCHRAM, Receiver of FIRST NATIONAL BANK-DETROIT, a National Banking Association, v. MAY E. C. KEANE.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 828.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. ]

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of JOHN SIMCOX against ALEX DLUZNEFSKY.— Motion for a reargument denied. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

FEDERAL DEBENTURE COMPANY, INCORPORATED, v. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of DOROTHY BROWNING HOOD for the Construction of the Last Will and Testament and Codicil of EDWARD W. BROWNING, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 843.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EMMANUEL LEWIN, as Substituted Assignee for the Benefit of Creditors of PIONEER LUMINOUS LIGHTS, INC., v. JOSEPH S. ABRAMS, Trading as ABRAMS & Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.